# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahoney, Kelly K.E. | Northern District of Iowa | 5/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge, full-time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

320 Sixth Street, Suite 104
Sioux City, IA 51101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family trust holding primary residence (see explanation in Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Jordan & Mahoney Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 5/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WCF Bank | Timeshare | J |
| 2. | NAVIENT | Student loan | K |
| 3. | NAVIENT | Student loan | K |
| 4. | WCF Bank | Rental property #1, Boone County, Iowa (Part VII, line 4) | L |
| 5. | WCF Bank | Rental property #2, Boone County, Iowa (Part VII, line 5) | K |
| 6. | Marriott Vacation Club Internationsl | Time share | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 5/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vision Bank cash accounts | A | Interest | J | T | | | | | |
| 2. WCF Bank cash accounts | A | Interest | J | T | | | | | |
| 3. Visionbank Shares | B | Dividend | K | U | | | | | |
| 4. Rental property #1, Boone County, Iowa (see explanation in Part VIII) | C | Rent | M | R | | | | | |
| 5. Rental property #2, Boone, Iowa (see explanation in Part VIII) | C | Rent | K | R | | | | | |
| 6. Joint taxable account - Income Fund of America | A | Dividend | | | Sold | 04/19/17 | J | A | |
| 7. 401(k) #1: | | | | | | | | | |
| 8. ABA Retirement Funds Large-Cap Index Equity Fund | C | Dividend | K | T | | | | | |
| 9. ABA Retirement Funds Mid-Cap Index Equity Fund | B | Dividend | J | T | | | | | |
| 10. ABA Retirement Funds Small-Cap Index Equity Fund | B | Dividend | J | T | | | | | |
| 11. ABA Retirement Funds International Index Equity Fund | C | Dividend | K | T | | | | | |
| 12. IRA #1: | | | | | | | | | |
| 13. American Funds Capital Income Builder | A | Dividend | | | Sold | 04/17/17 | J | | |
| 14. American Funds Capital World Bond Fund | A | Dividend | | | Sold | 04/17/17 | J | | |
| 15. American Funds Capital World Growth and Income Fund | B | Dividend | | | Sold | 04/17/17 | K | | |
| 16. American Funds Growth Fund of America | B | Dividend | | | Sold | 04/17/17 | K | | |
| 17. American Funds Investment Company of America Fund | B | Dividend | | | Sold | 04/17/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 5/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds New Perspective Fund | A | Dividend | | | Sold | 04/17/17 | J | | |
| 19. American Funds New World Fund | A | Dividend | | | Sold | 04/17/17 | K | | |
| 20. American Funds Global Growth Portfolio Class A #1 | E | Dividend | M | T | Buy | 04/17/17 | M | | |
| 21. Roth IRA #1: | | | | | | | | | |
| 22. American Funds Fundamental Investors Fund | A | Dividend | | | Sold | 04/17/17 | K | | |
| 23. American Funds Growth Fund of America | A | Dividend | | | Sold | 04/17/17 | J | | |
| 24. American Funds Investment Company of America Fund | A | Dividend | | | Sold | 04/17/17 | K | | |
| 25. American Funds New Perspective Fund | A | Dividend | | | Sold | 04/17/17 | J | | |
| 26. American Funds Portfolio Class A #2 | C | Dividend | L | T | Buy | 04/17/17 | K | | |
| 27. Roth IRA #2: | | | | | | | | | |
| 28. American Funds AmCap Fund | A | Dividend | | | Sold | 04/18/17 | J | | |
| 29. American Funds Fundamental Investors Fund | A | Dividend | | | Sold | 04/18/17 | J | | |
| 30. American Funds New World Fund | A | Dividend | | | Sold | 04/18/17 | J | | |
| 31. American Funds Portfolio Class A #3 | B | Dividend | K | T | Buy | 04/18/17 | K | | |
| 32. College America 529 - American Funds New Perspective Fund | B | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  Positions:  The only asset of the trust for which I serve as trustee is not a reportable asset (primary residence).

Part VII.  Investments:  for cost value method on rental property:
Rental Property #1, Boone County, Iowa, purchase amount and date of $65,000 on May 13, 2011 (Parcel #1) and $50,000 on May 27, 2015 (Parcel #2) (parcels have been combined and are now collectively Rental Property #1); and
Rental Property #2, Boone County, Iowa, purchase amount and date of $17,875 on February 28, 2014.
IRA #1 (lines 12) funds (lines 13-19) were sold and the proceeds were reinvested into the American Funds Global Growth Portfolio Class A #1 (new fund - line 20)
Roth IRA #1 (line 21) funds (lines 22-25) were sold and the proceeds were reinvested into the American Funds Global Growth Portfolio Class A #2 (new fund - line 26)
Roth IRA #2 (line 27) funds (lines 28-30) were sold and the proceeds were reinvested into the Amercian Funds Global Growth Portfolio Class A #3 (new fund - line 31)

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Kelly K.E. | 5/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kelly K.E. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544